972 F.2d 1331
 McLendon (Cecil), Vandertulip (Don), Cartharn (Jimmie Jr.),
Trojniar (Konrad)
v.
Continental Group, Inc., Continental Beverage Packaging,
Inc., f/k/a Continental Can Co., U.S.A., Inc., originally
known as Continental Can, Inc., Continental Packing Co.,
Inc., Continental Group, Inc., Continental Can Co., Inc.,
f/k/a TDV Holding Corp., Kiewit Continental, Peter Kiewit
Sons' Inc., Kiewit Holding Group, Inc., Scott (Walter Jr.),
Sturm (Donald), Julian (Robert), Hatfield (Robert),
 NO. 92-5193
 United States Court of Appeals,
Third Circuit.
 July 08, 1992
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.